# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 01-00056 (PJW) |
| TWA INC. POST CONFIRMATION ) | Chapter 11 |
| ESTATE, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| TWA INC. POST CONFIRMATION ) | |
| ESTATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-832 (GMS) |
| v. ) | Adv. No. 02-75132 (PJW) |
| ) | |
| KENNAMETAL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of the Wilmington, Delaware Margolis Edelstein office changed as of April 2, 2007. Please note that the new address for the office is Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, Delaware 19801.

Respectfully submitted,
MARGOLIS EDELSTEIN

By: _____
James E. Huggett, Esquire (#3956)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

Counsel for Kennametal, Inc.

Dated: May 17, 2007
       Wilmington, Delaware