IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TWA INC. POST CONFIRMATION ESTATE, ) | Civil Action No. 04-832 (GMS) |
| ) | |
| Debtor, ) | |
| _____ ) | |
| TWA INC. POST CONFIRMATION ESTATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No. 02-75132(PJW) |
| v. ) | Case No. 01-00056 (PJW) |
| ) | |
| KENNAMETAL, INC., ) | |
| ) | |
| Defendant. ) | |

**RESPONSE OF PLAINTIFF TWA, INC. POST
CONFIRMATION ESTATE TO THE COURT'S APRIL 16, 2007
<u>ORDER ON RULE TO SHOW CAUSE AND REQUEST FOR DISMISSAL</u>**

On April 16, 2007, the United States District Court for the District of Delaware entered an order (the "Order") to show cause why the above-referenced proceeding should not be dismissed with prejudice for failure to prosecute. TWA, Inc. Post Confirmation Estate, Plaintiff, responds to the Order and requests that the case be dismissed.

Dated: May 21, 2007　　　　　　　　　　PACHULSKI STANG ZIEHL YOUNG
　　　　　　　　　　　　　　　　　　　　JONES & WEINTRAUB LLP

　　　　　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　　　Laura Davis Jones (Bar No. 2436)
　　　　　　　　　　　　　　　　　　　　James E. O'Neill (Bar No. 4042)
　　　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-8705
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-4400
　　　　　　　　　　　　　　　　　　　　Co-Counsel for the Estate Plaintiff