IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| TWA INC. POST CONFIRMATION ESTATE, | ) | Bankr. Case. No. 01-00056 PJW |
| Debtor | ) | (Jointly Administered) |
| | ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) | |
| Plaintiff, | ) | Civil Action No. 04-832 GMS |
| v. | ) | Adv. No. 02-75132 |
| KENNAMETAL, INC. | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on July 8, 2004, a motion to withdraw the reference from the United States Bankruptcy Court was filed (D.I. 1);

WHEREAS, on January 14, 2005, an Order granting the motion to withdraw the reference was issued by the Court (D.I. 5);

WHEREAS, on January 20, 2005, an Affidavit of Service was filed (D.I. 6);

WHEREAS, on April 19, 2007, the Court issued an Order directing the plaintiff to show cause why this case should not be dismissed pursuant to L.R. 41.1. (D.I. 7);

WHEREAS, on May 21, 2007, the plaintiff filed a response to the Order requesting that this case be dismissed with prejudice (D.I. 9).

IT IS HEREBY ORDERED that:

This case is DISMISSED with prejudice.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

May 24, 2007